

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2019

No. 04-18-00900-CV

**IN THE ESTATE OF MARJORIE A. CHILDS, DECEASED.,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2014PC0056
The Honorable Tom Rickhoff, Judge Presiding

# O R D E R

After this court granted Appellant's first motion for extension of time to file the brief, we set Appellant's brief due on March 14, 2019. Before the due date, Appellant filed an unopposed second motion for extension of time to file the brief until March 29, 2019.

Appellant's motion is GRANTED. Appellant's brief is due on March 29, 2019. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court